(February 28, 2000)

■ In the Matter of WILLIAM A. BRENNER, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [704 NYS2d 521] —Per Curiam. Respondent was suspended from practice for a period of six months by this Court (254 AD2d

---

* Petitioner Constance Keller subsequently withdrew from participation in the appeal.

623, *appeal dismissed and lv denied* 92 NY2d 1022). He now applies for reinstatement.

Our examination of the papers submitted on this application indicates that respondent has substantially complied with the provisions of the order which suspended him and with this Court's rule regulating the conduct of suspended attorneys (*see,* 22 NYCRR 806.9). We are also satisfied that he has complied with the requirements of this Court's rule regarding reinstatement (*see,* 22 NYCRR 806.12) and that he possesses the requisite character and fitness to resume the practice of law.

Accordingly, the application is granted and respondent is reinstated to the practice of law, effective immediately.

Mercure, J. P., Peters, Carpinello, Graffeo and Mugglin, JJ., concur. Ordered that respondent's application is granted and he is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.